**Judith H. SACKETT**

v.

**Robert E. SACKETT.**

**No. 81–416–M.P.**

Supreme Court of Rhode Island.

Sept. 17, 1981.

Allen M. Kirshenbaum Law Offices, Allen M. Kirshenbaum, Providence, for plaintiff-respondent.

Leonard A. Kamaras, Providence, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is granted and the stay entered in this case on August 21, 1981 is continued until further order of this court. In accordance with the 1981 amendment to § 15–5–16.2, the trial justice in this matter is directed to supplement the record below, prior to its transmission to this court, with the specific findings of fact upon which he based his decision to make the increased child support payments awarded to respondent herein retroactive.

**STATE**

v.

**Aram K. BERBERIAN.**

**No. 81–319–M.P.**

Supreme Court of Rhode Island.

Sept. 17, 1981.

Stephen F. Mullen, Chief, Sp. Counsel, Administrative Adjudication Division, Providence, for plaintiff-respondent.

Aram K. Berberian, pro se.

## ORDER

The petition for writ of certiorari is denied.

**Genevieve FERLE**

v.

**Clark A. SAMMARTINO D. M. D., et al.**

**No. 81–341–M.P.**

Supreme Court of Rhode Island.

Sept. 24, 1981.

Gunning, LaFazia & Gnys, Inc., Guy J. Wells, Providence, for plaintiff-respondent.

Hanson, Curran & Parks, Robert D. Parrillo, Providence, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., and SHEA, J., did not participate.